UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 05-80955

v.                                          HONORABLE AVERN COHN

D-1, TERRY LEE FLENORY,
D-2, DEMETRIUS FLENORY,
D-8, BRIAN RONNELL GARRETT
D-19, BENJAMIN HENRY SMITH,
D-25, KIM VERNELL WILLIAMS,
D-34, WAYNE DARNELL JOYNER,
D-36, DAVID SOLOMON, JR.,
D-39, WILLIAM RICHARD TURNER,

        Defendants,
_____/

## TRIAL SCHEDULING ORDER NO. 2

On October 18, 2007, the Court held a status conference on the record as a follow-up to the Trial Scheduling Order filed October 2, 2007. The following rulings were made:

1. Trial will commence on Monday, November 19, 2007 at 9:00 am.

2. The government shall file an amended witness list by October 30, 2007 stating separately (a) the name of each substantive witness to be called at trial; (b) the name of each substantive witness to be called at trial to authenticate exhibits[1]; and (c) the name of each witness who may be called at trial. The list shall include a brief description of the nature of each witnesses' likely testimony.

---

[1] The parties are reminded that paragraph 10 of the Trial Scheduling Order provides that documentary exhibits listed by the government shall be deemed authentic and arguably relevant unless the Court is advised in advance of trial of objections to particular exhibits.

3. The government shall file an amended exhibit list by October 30, 2007 stating each exhibit it intends to offer at trial. Exhibits shall be listed in numbered order, i.e., PX1, PX1a, PX1b, etc; PX 2, PX2a, PX2b, etc.

4(a). The government shall file a response to the pending motions to suppress evidence by October 30, 2007pertaining to the seizures at 5173 Brandywine Drive, 4363 Paran Place and 6086 Belan Lake Road, and hearings shall be scheduled on each of the motions prior to trial after consultation between the government, defense counsel and the Case Manager.

4(b). The government shall file a list of the exhibits to be offered at trial by October 30, 2007 which are the subject of each of the motions to suppress.

5. The government shall lodge with the Court by October 30, 2007 a book(s) of the exhibits to be offered at trial as well as deliver to lead counsel two (2) sets of the book(s) of exhibits.

6. The government has not yet fully complied with the requirements of paragraph 6 of the Trial Scheduling Order filed October 2, 2007.

Any objections to this order shall be filed with the Court within two (2) business days.

SO ORDERED.

Dated: October 22, 2007
s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

S:\LORI\Cases\CRIMINAL\USA v. Terry Flenory, et al\Trial Scheduling Order 2.wpd